1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBN 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  NOAH SCHABACKER, Maryland Bar
5  Special Assistant United States Attorney
        6401 Security Boulevard
6       Baltimore, Maryland 21235
        Telephone: (303) 844-6232
7       E-Mail: Noah.Schabacker@ssa.gov
8  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAVANAH BOHANNAN, | Case No.: 1:24-cv-01152-KES-SKO |
| Plaintiff, | STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER |
| vs. | (Doc. 14) |
| MICHELLE KING, Acting Commissioner of Social Security,[1] | |
| Defendant. | |

     Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from January 30, 2025, up to and including March 3, 2025. This is the Defendant's first request for an extension.

     This matter was assigned on January 7, 2025. Based on a review of the record, undersigned counsel requires additional time to explore settlement options. Defendant apologizes to the Court for any inconvenience caused by this delay. Undersigned counsel

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. for Ext.; 1:24-CV-01152-KES-SKO           1

contacted Plaintiff's counsel on January 28, 2025; he indicated he had no objection to this request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Dated:  January 28, 2025         /s/ *Justin Prato\**
                                        (\*as authorized via e-mail on January 28, 2025)
                                        JUSTIN PRATO
                                        Attorney for Plaintiff

Dated:  January 28, 2025         PHILLIP A. TALBERT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Social Security Administration

                              By:     /s/ *Noah Schabacker*
                                        NOAH SCHABACKER
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

## **ORDER**

Pursuant to parties' foregoing stipulation and unopposed motion (Doc. 14), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS ORDERED that Defendant shall have up to and including to March 3, 2025, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:  **January 29, 2025**                     /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE