MICHELLE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (303) 844-6232
    Email: Noah.Schabacker@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVANAH BOHANNAN,<br>    Plaintiff,<br>v.<br>LELAND DUDEK,<br>Acting Commissioner of Social Security,[1]<br>    Defendant. | CIVIL NO. 1:24-cv-01152-SKO<br><br>**STIPULATION & UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. 16)** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Leland Dudek, Acting Commissioner of Social Security ("Commissioner"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner for further administrative proceedings.

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

STIPULATION TO REMAND

1    On remand, the Commissioner will develop the record as necessary; reconsider all
2 relevant issues; offer the claimant the opportunity for a hearing; and issue a new decision.  The
3 parties further request that the Court direct the Clerk of the Court to enter a final judgment in
4 favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.
5    This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the
6 Social Security Act, 42 U.S.C. 405(g).

7 Dated:  February 28, 2025           */s/ Justin Prato\**
                                      JUSTIN PRATO
8                                     Attorney for Plaintiff
                                      *Authorized via e-mail on February 27, 2025
9
10                                    MICHELLE BECKWITH
                                      Acting United States Attorney
11                                    MATHEW W. PILE
                                      Associate General Counsel
12                                    Office of Program Litigation, Office 7
13                                    Social Security Administration

14                           By:      /s/ Noah Schabacker
                                      NOAH SCHABACKER
15                                    Special Assistant United States Attorney
16
                                      Attorneys for Defendant
17

STIPULATION TO REMAND

**ORDER**

Based upon the parties' Stipulation and Unopposed Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 16), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation to Remand.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall therefore close the case.

IT IS SO ORDERED.

Dated:   **February 28, 2025**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE