UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVANAH BOHANNAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>Social Security Administration,<br><br>Defendant. | Case No. 1:24-cv-01152-KES-SKO<br><br>ORDER GRANTING JOINT MOTION FOR SETTLEMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL JUSTICE ACT, 28 § 2412(d) |

Based upon the Joint Motion for Settlement of Attorney Fees And Costs Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d):

**IT IS ORDERED** that fees in the amount of $6000.00 authorized by 28 U.S.C. § 2412(d) be awarded subject to the terms of the Joint Motion.

IT IS SO ORDERED.

　Dated:　__March 13, 2025__　　　　　　　___/s/ Keith Sherwin/___
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 1 -

Order On Joint Motion for Attorney's Fees Award